# Law Office of
# Richard M. Roberts
### ATTORNEYS AT LAW

**Richard M. Roberts, Esq.**
Email: rr@rmrfirm.com

50 PARK PLACE, SUITE 1025
NEWARK, NJ 07102-4300
(973) 621-0002
Facsimile (973) 621-0003
www.rmrfirm.com

**Christopher Balioni, Esq.***
Email: cb@rmrfirm.com

*Admitted to NJ & NY Bars

September 12, 2014

**VIA ELECTRONIC FILING**
Honorable Jose L. Linares
United States District Judge
United States District Court
50 Walnut Street
Newark, NJ 07102

Re: **U.S. v. SCOTT**
    Mag. No.: 14-00071-001

Dear Judge Linares:

As you are aware, this office represents Ms. Scott in connection with the above captioned matter. Ms. Scott's surrender date is for Monday, September 15, 2014. I am respectfully requesting an extension of one (1) week, in order for my client to save her job she needs to put in for a leave of absence so that her job is secure when she is released. Also, she is trying to find a placement home for her niece and granddaughter whom she cares for. This office has the consent of AUSA Charlton Rugg for an extension of one week.

Thank you for your kind attention to this matter.

Respectfully Submitted,

/s/ Richard Roberts

RICHARD M. ROBERTS, ESQ.

RMR/ds
cc: Charlton A. Rugg, AUSA
    Adrian Garcia O'Hara, U.S. Probation Officer

*Handwritten order:* Defendant's Request for a one week extension is granted. Defendant to surrender to the BOP on 9/22/14 at or before Noon.

SO ORDERED
DATED: 9/15/2014
/s/ Linares